**FILED**

JUN 2 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:26 CR 299** |
| | ) | Title 18 United States Code, |
| ANTONIO DASHAUN SMITH, | ) | Sections 2, 922(g)(1), 924(a)(8); |
| LAWONE STEPHON EDWARDS, | ) | and Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(B)(vi), |
| Defendants. | ) | (b)(1)(C), 843(b), 846, 856(a)(2) |

**JUDGE ADAMS**

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
Fentanyl, and Cocaine Base ("Crack), 21 U.S.C. § 846)

The Grand Jury charges:

1.      On or about June 10, 2024, and continuing through on or about March 28, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTONIO DASHAUN SMITH, LAWONE STEPHON EDWARDS, and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl; and  a mixture and substance containing a detectable amount of cocaine base ("crack"), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi), and (b)(1)(C).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

1

2.      Before Defendant LAWONE STEPHON EDWARDS committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-17-623883, on or about February 14, 2020, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Fentanyl, and Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

3.      On or about March 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO DASHAUN SMITH did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a fentanyl; and a mixture and substance containing a detectable amount of cocaine base ("crack"), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
(Possession with Intent to Distribute Fentanyl, Heroin, and Furanylfentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

4.      On or about March 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO DASHAUN SMITH did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a fentanyl, a Schedule II

controlled substance a mixture and substance containing a detectable amount of heroin, and furanylfentanyl, Schedule I controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 4
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

5. On or about March 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO DASHAUN SMITH did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 5
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

6. On or about March 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO DASHAUN SMITH did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of a fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

3

COUNT 6
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

7. On or about March 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO DASHAUN SMITH did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 7
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(8))

The Grand Jury charges:

8. On or about March 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO DASHAUN SMITH, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Drug Trafficking, on or about November 13, 2019, in Case Number CR-19-639247; and Drug Trafficking, on or about November 13, 2019, in Case Number CR-19-637757, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Kahr, Model CT380, semi-automatic pistol bearing serial number A007723, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

## COUNT 8
### (Manage or Control of a Drug Premises, 21 U.S.C. § 856(a)(2))

The Grand Jury further charges:

9.      On or about February 11, 2025, through on or about March 28, 2025, in the Northern District of Ohio, Eastern Division, LAWONE STEPHON EDWARDS did manage and control any place, permanently or temporarily, as an owner, lessee, occupant, mortgagee and agent, namely a premises located at XXXX West 117th St., Cleveland, Ohio, and did knowingly and intentionally rent, lease, profit from and otherwise make available for use, with or without compensation, the premises located at XXXX West 117th St., Cleveland, Ohio, Cleveland, Ohio, for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, namely fentanyl and cocaine base ("crack"), Schedule II controlled substances, in violation of Title 21, United States Code, Section 856(a)(2).

## COUNTS 9-17
### (Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

10.      On or about the dates and times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTONIO DASHAUN SMITH, did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1):

| Count | Date | Time (EST) |
|-------|------|------------|
| 9 | June 10, 2024 | 6:40 p.m. |
| 10 | August 4, 2024 | 8:56 p.m. |
| 11 | September 9, 2024 | 8:56 p.m. |
| 12 | December 20, 2024 | 7:02 p.m. |
| 13 | December 21, 2024 | 4:14 p.m. |

5

| 14 | January 16, 2025 | 2:09 a.m. |
| 15 | February 17, 2025 | 12:35 a.m. |
| 16 | March 10, 2025 | 3:35 p.m. |
| 17 | March 13, 2025 | 10:24 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

11.     The allegations contained in Counts 1 through 17 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendants ANTONIO DASHAUN SMITH, LAWONE STEPHON EDWARDS, shall forfeit to the United States: any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein; including, but not limited to, the following:

   a. a Kahr, Model CT380, semi-automatic pistol bearing serial number A007723, seized from ANTONIO DASHAUN SMITH, seized on March 28, 2025;
   b. Raven Arms, model MP25, 25 caliber pistol, bearing serial number 1103825, seized from ANTONIO DASHAUN SMITH and LAWONE STEPHON EDWARDS, on March 28, 2025; and

6

    c.  Miscellaneous ammunition seized from ANTONIO DASHAUN SMITH and LAWONE STEPHON EDWARDS, on March 28, 2025.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.